**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIA O'NEILL and DOUG O'NEILL, h/w** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:19-140** |
| : | |
| v : | |
| : | **(JUDGE MANNION)** |
| **CBH20 GENERAL PARTNER, LLC d/b/a CBH20, LP, d/b/a CAMELBACK MOUNTAIN RESORT d/b/a CAMELBACK MOUNTAIN ADVENTURES** : | |
| : | |
| Defendant : | |

# O R D E R

Presently before the court is the defendant's motion to remand. (Doc. 10). The court received notification today from the plaintiff that they will not be filing a response in opposition to the motions.

**THEREFORE IT IS HEREBY ORDERED** that the motion to remand is **GRANTED** and this matter is remanded to the Monroe County Court of Common Pleas.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATED: March 29, 2019**
19-140-04