

**Peter J. Welsh**
Acting Clerk of Court

Office of the Clerk

UNITED STATES DISTRICT COURT
for the
**MIDDLE DISTRICT OF PENNSYLVANIA**
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  Fax (570) 207-5650
www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:
(717) 221-3920
Williamsport:
(570) 323-6380

April 2, 2019

Clerk of Court
Monroe County Court of Common Pleas
610 Monroe Street
Stroudsburg, PA   18360

      RE: O'Neill et al. v. CBH20 General Partner, LLC,
         CV-19-140

Dear Sir or Madam,

  This case have been transferred from the Middle District of Pennsylvania to your court by order entered on March 29, 2019.

  Enclosed please find a certified copy of the complaint, motion and brief to remand, order and docket entries.

  Please acknowledge receipt of this action on the attached copy of this letter.

        Very truly yours,

        Peter J. Welsh, Acting Clerk

       By *[signature]*
         Deputy Clerk