

# Prothonotary / Clerk of Court
# Clerk of Orphan Court / Courts of Common Pleas

### 43rd JUDICIAL DISTRICT OF PENNSYLVANIA
MONROE COUNTY COURTHOUSE
610 MONROE STREET - SUITE 323
STROUDSBURG, PENNSYLVANIA 18360-2115
(570) 517-3370

**GEORGE J. WARDEN**
Prothonotary and
Clerk of Courts and
Orphan's Court

**JULIE TARHOVICKY**
Chief Deputy
Prothonotary

**TODD W. WEITZMANN**
Solicitor

April 15, 2019

United States of America
Attn: Barbie H. Semper
C/O WJ Nealon Federal Building
235 N. Washington Avenue, Suite 311
Scranton, PA 18503

RE: Transfer Case-   O'Neal et al vs. CBH20 General Partner, LLC – CV -19-140

Dear Ms. Semper,

I have received the above case from your court and have issued it a Monroe County Docket number of 2616-CV-2019.

If you should have any questions concerning this matter, please contact me.

Sincerely,

Karen Maranuk
Senior Deputy
Prothonotary
570-517-3378

Cc: Anthony W. Hinkle, Esquire
    Jeffrey Parker, Esquire